# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA NGO LE, | Case No. 8:25-cv-01352-FWS-PD |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| FRANK BISIGNANO<br>Commissioner of Social Security, | |
| Defendant. | |

///
///
///

The court having approved the parties' Stipulation to Remand Pursuant to 42 U.S.C. § 405(g), Sentence Four [18] ("Stipulation"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

**IT IS SO ORDERED.**

Dated: December 29, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE