Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, CA 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff LINDA NGO LE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA NGO LE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO. 8:25-cv-1352- PD<br><br>**ORDER FOR AWARD OF EAJA FEES** |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$9,400** as authorized by 28 U.S.C. § 2412.

DATED: July 21, 2026

Patricia Donahue
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE